**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OREN DOWDY

    Plaintiff,

v.                                      CASE NO.:  8:17-cv-01213-JSM-AEP

CEDAR FINANCIAL, LLC

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** OREN DOWDY, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, OREN DOWDY, and Defendant, CEDAR FINANCIAL, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 24th day of October 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                            Respectfully submitted,

                                            */s/Heather H. Jones*
                                            Heather H. Jones, Esq.
                                            Florida Bar No. 0118974
                                            William "Billy" Peerce Howard, Esq.
                                            Florida Bar No. 0103330
                                            THE CONSUMER PROTECTION FIRM, PLLC
                                            210-A South MacDill Avenue
                                            Tampa, FL 33609
                                            Telephone: (813) 500-1500, ext. 205
                                            Facsimile: (813) 435-2369
                                            Heather@TheConsumerProtectionFirm.com
                                            Billy@TheConsumerProtectionFirm.com
                                            *Attorney for Plaintiff*